# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WESSLING, WILLIAM C, JR. | § Case No. 09-11289 |
| WESSLING, CASSANDRA L | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/11/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/07/2011          By:  /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: WESSLING, WILLIAM C, JR. | § | Case No. 09-11289 |
| WESSLING, CASSANDRA L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 201,116.79 |
| *and approved disbursements of* | $ | 124,479.81 |
| *leaving a balance on hand of* [1] | $ | 76,636.98 |
| **Balance on hand:** | $ | 76,636.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 76,636.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 12,555.74 | 0.00 | 12,555.74 |
| Trustee, Expenses - MICHAEL G. BERLAND | 129.20 | 0.00 | 129.20 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 12,684.94 |
| Remaining balance: | $ | 63,952.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 63,952.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 63,952.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,375.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dell Financial Services L.L.C. | 1,749.92 | 0.00 | 1,224.70 |
| 3 | Chase Bank USA NA | 5,786.22 | 0.00 | 4,049.54 |
| 4 | Chase Bank USA NA | 18,888.17 | 0.00 | 13,219.02 |
| 5 | PYOD LLC as assignee of Citibank,c/o Resurgent Capital | 26,367.88 | 0.00 | 18,453.75 |
| 6 | Chase Bank USA,N.A. | 2,199.38 | 0.00 | 1,539.25 |
| 7 | Pampered Chef | 18,057.49 | 0.00 | 12,637.66 |
| 8 | PRA Receivables Management, LLC-agent Portfolio Recovery | 14,402.28 | 0.00 | 10,079.54 |
| 9 | PRA Receivables Management LLC as agent for Prarie Emergency | 47.30 | 0.00 | 33.10 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 10 | PRA Receivables Management LLC as agent for Prarie Emergency | 22.04 | 0.00 | 15.42 |
| 11 | PRA Receivables Management LLC agent for Prarie Emergency | 492.00 | 0.00 | 344.33 |
| 12 | GE Money Bank dba Sam's Club,c/oRecovery Management | 3,363.23 | 0.00 | 2,353.78 |

Total to be paid for timely general unsecured claims: $ 63,950.09
Remaining balance: $ 1.95

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1.95

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1.95

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 2                   Date Rcvd: Feb 10, 2011
Case: 09-11289                Form ID: pdf006             Total Noticed: 32
```

The following entities were noticed by first class mail on Feb 12, 2011.
```
db/jdb       +William C Wessling, Jr.,    Cassandra L Wessling,    2609 Labrecque Drive,
               Plainfield, IL 60586-6954
aty          +Barry R Rabovsky,    1355 S Route 59 Ste 1a,    Naperville, IL 60564-9538
aty          +Ronald D Cummings,    Law Office of Ronald D  Cummings,    121 Springfield Avenue,
               Joliet, IL 60435-6561
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
14136663     +Accelerated Health Systems,    24014 W. Renwick RD,    Plainfield, IL 60544-8708
13724783     +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14047385      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14134774     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,     P O Box 740933,
               Dallas, TX 75374-0933
14136664     +Community Orthopedics,    1240 Essington Rd.,    Joliet, IL 60435-8438
13724784     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14028749      Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
13724790     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
13724792     +Harris & Harris Ltd,    600 West Jacson Blvd Suite 700,    Chicago, IL 60661-5629
13903670      Hinsdale Bank & Trust Co.,    c/o Donald Newman & Associates,    11 S LaSalle Street Suite 1500,
               Chicago, IL 60603
13724795      Mb Financial Bank,    Community Lending,    South Holland, IL 60473
13724796      Miramed Revenue Group LLC,    Dept 77304,    P.O. Box 77000,    Detroit, MI 48277-0304
13724798     +New Millennium Bank,    Pampered Chef Visa,    P.O. Box  5712,    Hicksville, NY 11802-5712
14199250     +PRA Receivables Management LLC as agent for,    PRAIRIE EMERGENCY SERVICES,    PO Box 12907,
               Norfolk, VA 23541-0907
14163209     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Capital One,
               POB 41067,    Norfolk VA 23541-1067
14087441     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14136662     +Provena St Joseph Hospital,    333 North Madison Street,    Joliet, IL 60435-8233
13724801     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
13724800     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13724802     +Wash Mutual/providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
```
The following entities were noticed by electronic transmission on Feb 10, 2011.
```
13724786     +E-mail/Text: Tdevine@creditorscollection.com                           Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2392
13724791     +E-mail/Text: bankruptcy@fryscredit.com                            Feb/frys,   280 W 10200 S Ste 200,
               Sandy, UT 84070-4267
14323598     +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 23:44:40      GE Money Bank dba Sam's Club,
               Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
13724793     +E-mail/Text: pgray@hinsdalebank.com                                    Hinsdale Bank & Trust,
               25 E First St,    Hinsdale, IL 60521-4119
13724794     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 10 2011 23:44:42       Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
13724797     +Fax: 847-227-2151 Feb 11 2011 00:13:11      Mrsi,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
14161393     +E-mail/Text: bkr@cardworks.com                            Pampered Chef,    P O Box 23356,
               Pittsburgh, Pa 15222-6356
13724799     +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 23:44:41      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14047402*     Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13724785*    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
13724787*    +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
13724788*    +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
13724789    ##+Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,    Austin, TX 78753-1724
13724803    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mjerdine           Page 2 of 2              Date Rcvd: Feb 10, 2011
Case: 09-11289                Form ID: pdf006          Total Noticed: 32

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2011**                    **Signature:**    _Joseph Speetjens_