**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: WESSLING, WILLIAM C, JR. § Case No. 09-11289
      WESSLING, CASSANDRA L §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $242,250.00 *(without deducting any secured claims)* | Assets Exempt: $70,250.00 |
| Total Distribution to Claimants: $106,073.36 | Claims Discharged Without Payment: $105,897.59 |
| Total Expenses of Administration: $80,047.95 | |

    3) Total gross receipts of $ 201,121.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $186,121.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $204,992.00 | $53,884.25 | $42,116.80 | $42,116.80 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 80,047.95 | 80,047.95 | 80,047.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,286.24 | 91,375.91 | 91,375.91 | 63,956.56 |
| **TOTAL DISBURSEMENTS** | $285,278.24 | $225,308.11 | $213,540.66 | $186,121.31 |

4) This case was originally filed under Chapter 7 on March 31, 2009. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/25/2011          By: /s/MICHAEL G. BERLAND
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim-unscheduled | 1242-000 | 201,071.73 |
| Interest Income | 1270-000 | 49.58 |
| **TOTAL GROSS RECEIPTS** | | **$201,121.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cassandra Wessling | Payment of exemption for PI case | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hinsdale Bank & Trust Co. | 4110-000 | N/A | 11,767.45 | 0.00 | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 169,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust | 4110-000 | 10,260.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 18,001.00 | N/A | N/A | 0.00 |
| NOTFILED | Mb Financial Bank Community Lending | 4110-000 | 6,822.00 | N/A | N/A | 0.00 |
| | St Joseph Medical Center | 4210-000 | N/A | 26,280.60 | 26,280.60 | 26,280.60 |
| | Ingenix | 4210-000 | N/A | 1,351.53 | 1,351.53 | 1,351.53 |
| | Accent | 4210-000 | N/A | 7,818.00 | 7,818.00 | 7,818.00 |
| | Progressive Insurance | 4210-000 | N/A | 6,666.67 | 6,666.67 | 6,666.67 |
| **TOTAL SECURED CLAIMS** | | | **$204,992.00** | **$53,884.25** | **$42,116.80** | **$42,116.80** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 12,555.74 | 12,555.74 | 12,555.74 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 129.20 | 129.20 | 129.20 |
| Law Office of Barry Rabovitz | 3210-600 | N/A | 67,023.91 | 67,023.91 | 67,023.91 |
| Law Office Of Barry Rabovsky | 3220-610 | N/A | 339.10 | 339.10 | 339.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 80,047.95 | 80,047.95 | 80,047.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dell Financial Services L.L.C. | 7100-000 | 1,808.00 | 1,749.92 | 1,749.92 | 1,224.82 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 5,786.22 | 5,786.22 | 4,049.94 |
| 4 | Chase Bank USA NA | 7100-000 | N/A | 18,888.17 | 18,888.17 | 13,220.36 |
| 5 | PYOD LLC as assignee of Citibank,c/o Resurgent | 7100-000 | N/A | 26,367.88 | 26,367.88 | 18,455.61 |
| 6 | Chase Bank USA,N.A. | 7100-000 | N/A | 2,199.38 | 2,199.38 | 1,539.41 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Pampered Chef | 7100-000 | N/A | 18,057.49 | 18,057.49 | 12,638.94 |
| 8 | PRA Receivables Management, LLC-agent Portfolio Recovery | 7100-000 | N/A | 14,402.28 | 14,402.28 | 10,080.56 |
| 9 | PRA Receivables Management LLC as agent for Prarie | 7100-000 | N/A | 47.30 | 47.30 | 33.11 |
| 10 | PRA Receivables Management LLC as agent for Prarie | 7100-000 | N/A | 22.04 | 22.04 | 15.43 |
| 11 | PRA Receivables Management LLC agent for Prarie | 7100-000 | N/A | 492.00 | 492.00 | 344.36 |
| 12 | GE Money Bank dba Sam's Club,c/oRecovery Management | 7100-000 | N/A | 3,363.23 | 3,363.23 | 2,354.02 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 2,131.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se | 7100-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | Feb/frys | 7100-000 | 2,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group LLC | 7100-000 | 2,868.24 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena St Joseph Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 384.00 | N/A | N/A | 0.00 |
| NOTFILED | Wash Mutual/providian | 7100-000 | 5,634.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual / Providian | 7100-000 | 17,860.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 24,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 2,230.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 3,283.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. | 7100-000 | 14,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Orthopedics | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Health Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 80,286.24 | 91,375.91 | 91,375.91 | 63,956.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11289  
**Case Name:** WESSLING, WILLIAM C, JR.  
WESSLING, CASSANDRA L  
**Period Ending:** 12/25/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/04/09  
**Claims Bar Date:** 08/20/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2609 Labrecque-scheduled | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2 checking accunts-Shorewood-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Tools-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Fidelity IRA-sccheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Tax refund-scheduled | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 Toyota-Sienna-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Toyota Camry-scheduled | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Personal injury claim-unscheduled (u) | 0.00 | 186,071.73 | | 201,071.73 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 49.58 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | **$242,250.00** | **$186,071.73** | | **$201,121.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel in connection with a personal injury case, which was settled. The Trustee wil file his Final Report in 2011.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** December 31, 2013

Printed: 12/25/2011 09:48 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-11289  
**Case Name:** WESSLING, WILLIAM C, JR.  
WESSLING, CASSANDRA L  
**Taxpayer ID #:** **-***5269  
**Period Ending:** 12/25/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/09 | {10} | State Farm Mutal Automobile Insurance Company | Payment of PI settlement | 1242-000 | 201,071.73 | | 201,071.73 |
| 11/20/09 | | To Account #********3666 | Transfer to pay liens and exemptions | 9999-000 | | 57,116.80 | 143,954.93 |
| 11/20/09 | 1001 | Law Office of Barry Rabovitz | Payment of attorney fee per court order | 3210-600 | | 67,023.91 | 76,931.02 |
| 11/20/09 | 1002 | Law Office Of Barry Rabovsky | Paymnet of special counsel's expenses per court order | 3220-610 | | 339.10 | 76,591.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 76,594.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.41 | | 76,597.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.02 | | 76,600.73 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.91 | | 76,603.64 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.43 | | 76,607.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.52 | | 76,607.59 |
| 04/06/10 | | Wire out to BNYM account 9200******3665 | Wire out to BNYM account 9200******3665 | 9999-000 | -76,607.59 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 124,479.81 | 124,479.81 | $0.00 |
| | | Less: Bank Transfers | -76,607.59 | 57,116.80 | |
| | | **Subtotal** | 201,087.40 | 67,363.01 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$201,087.40** | **$67,363.01** | |

{} Asset reference(s)                                                                                                    Printed: 12/25/2011 09:48 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-11289  
**Case Name:** WESSLING, WILLIAM C, JR.  
WESSLING, CASSANDRA L  
**Taxpayer ID #:** **-***5269  
**Period Ending:** 12/25/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/09 | | From Account #********3665 | Transfer to pay liens and exemptions | 9999-000 | 57,116.80 | | 57,116.80 |
| 11/24/09 | 101 | St Joseph Medical Center | Payment of lien per court order | 4210-000 | | 26,280.60 | 30,836.20 |
| 11/24/09 | 102 | Ingenix | Payment of lien per court order | 4210-000 | | 1,351.53 | 29,484.67 |
| 11/24/09 | 103 | Accent | Payment of lien per court order | 4210-000 | | 7,818.00 | 21,666.67 |
| 11/24/09 | 104 | Progressive Insurance | Payment of lien per court orrder | 4210-000 | | 6,666.67 | 15,000.00 |
| 11/24/09 | 105 | Cassandra Wessling | Payment of exemption for PI case | 8100-002 | | 15,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57,116.80 | 57,116.80 | $0.00 |
| | | | Less: Bank Transfers | | 57,116.80 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 57,116.80 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$42,116.80** | |

{} Asset reference(s)

Printed: 12/25/2011 09:48 AM    V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-11289  
**Case Name:** WESSLING, WILLIAM C, JR.  
WESSLING, CASSANDRA L  
**Taxpayer ID #:** **-***5269  
**Period Ending:** 12/25/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 76,607.59 | | 76,607.59 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.67 | | 76,611.26 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.55 | | 76,615.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.41 | | 76,620.22 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.56 | | 76,624.78 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.54 | | 76,629.32 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.88 | | 76,631.20 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.95 | | 76,633.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.88 | | 76,635.03 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.95 | | 76,636.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.95 | | 76,638.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.76 | | 76,640.69 |
| 03/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | 1270-000 | 0.81 | | 76,641.50 |
| 03/11/11 | | To Account #9200******3666 | Transfer for purpose of final distribution | 9999-000 | | 76,641.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 76,641.50 | 76,641.50 | $0.00 |
| | | | Less: Bank Transfers | | 76,607.59 | 76,641.50 | |
| | | | **Subtotal** | | 33.91 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33.91** | **$0.00** | |

{} Asset reference(s)

Printed: 12/25/2011 09:48 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 09-11289 | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** | WESSLING, WILLIAM C, JR. | **Bank Name:** | The Bank of New York Mellon |
| | WESSLING, CASSANDRA L | **Account:** | 9200-******36-66 - Checking Account |
| **Taxpayer ID #:** | **-***5269 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/25/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/11 | | From Account #9200******3665 | Transfer for purpose of final distribution | 9999-000 | 76,641.50 | | 76,641.50 |
| 03/19/11 | 10106 | MICHAEL G. BERLAND | Dividend paid 100.00% on $129.20, Trustee Expenses;  Reference: | 2200-000 | | 129.20 | 76,512.30 |
| 03/19/11 | 10107 | MICHAEL G. BERLAND | Dividend paid 100.00% on $12,555.74, Trustee Compensation;  Reference: | 2100-000 | | 12,555.74 | 63,956.56 |
| 03/19/11 | 10108 | Dell Financial Services L.L.C. | Dividend paid  69.99% on $1,749.92; Claim# 2; Filed: $1,749.92; Reference: | 7100-000 | | 1,224.82 | 62,731.74 |
| 03/19/11 | 10109 | Chase Bank USA NA | Dividend paid  69.99% on $5,786.22; Claim# 3; Filed: $5,786.22; Reference: | 7100-000 | | 4,049.94 | 58,681.80 |
| 03/19/11 | 10110 | Chase Bank USA NA | Dividend paid  69.99% on $18,888.17; Claim# 4; Filed: $18,888.17; Reference: | 7100-000 | | 13,220.36 | 45,461.44 |
| 03/19/11 | 10111 | PYOD LLC as assignee of Citibank,c/o Resurgent Capital | Dividend paid  69.99% on $26,367.88; Claim# 5; Filed: $26,367.88; Reference: | 7100-000 | | 18,455.61 | 27,005.83 |
| 03/19/11 | 10112 | Chase Bank USA,N.A. | Dividend paid  69.99% on $2,199.38; Claim# 6; Filed: $2,199.38; Reference: | 7100-000 | | 1,539.41 | 25,466.42 |
| 03/19/11 | 10113 | Pampered Chef | Dividend paid  69.99% on $18,057.49; Claim# 7; Filed: $18,057.49; Reference: | 7100-000 | | 12,638.94 | 12,827.48 |
| 03/19/11 | 10114 | PRA Receivables Management, LLC-agent Portfolio Recovery | Dividend paid  69.99% on $14,402.28; Claim# 8; Filed: $14,402.28; Reference: | 7100-000 | | 10,080.56 | 2,746.92 |
| 03/19/11 | 10115 | PRA Receivables Management LLC as agent for Prarie Emergency | Dividend paid  69.99% on $47.30; Claim# 9; Filed: $47.30; Reference: | 7100-000 | | 33.11 | 2,713.81 |
| 03/19/11 | 10116 | PRA Receivables Management LLC as agent for Prarie Emergency | Dividend paid  69.99% on $22.04; Claim# 10; Filed: $22.04; Reference: | 7100-000 | | 15.43 | 2,698.38 |
| 03/19/11 | 10117 | PRA Receivables Management LLC agent for Prarie Emergency | Dividend paid  69.99% on $492.00; Claim# 11; Filed: $492.00; Reference: | 7100-000 | | 344.36 | 2,354.02 |
| 03/19/11 | 10118 | GE Money Bank dba Sam's Club,c/oRecovery Management | Dividend paid  69.99% on $3,363.23; Claim# 12; Filed: $3,363.23; Reference: | 7100-000 | | 2,354.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 76,641.50 | 76,641.50 | $0.00 |
| | | | Less: Bank Transfers | | 76,641.50 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 76,641.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$76,641.50** | |

{} Asset reference(s)

Printed: 12/25/2011 09:48 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-11289 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WESSLING, WILLIAM C, JR. | | **Bank Name:** | The Bank of New York Mellon |
| | WESSLING, CASSANDRA L | | **Account:** | 9200-******36-66 - Checking Account |
| **Taxpayer ID #:** | **-***5269 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/25/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
         Net Receipts :      201,121.31
   Less Payments to Debtor :  15,000.00
                             _____
          Net Estate :      $186,121.31
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****36-65 | 201,087.40 | 67,363.01 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 42,116.80 | 0.00 |
| MMA # 9200-******36-65 | 33.91 | 0.00 | 0.00 |
| Checking # 9200-******36-66 | 0.00 | 76,641.50 | 0.00 |
| | $201,121.31 | $186,121.31 | $0.00 |

{} Asset reference(s)

Printed: 12/25/2011 09:48 AM    V.12.57